UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIAMICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MOLECULAR DIAGNOSTICS, INC.,<br><br>    Defendant. | Case No. C 05-02549 SI<br><br>[~~PROPOSED~~] ORDER GRANTING DIAMICS, INC.'S ADMINISTRATIVE MOTION TO VACATE RELATED CASE ORDER |

Plaintiff Diamics, Inc. ("Diamics") has come before the Court with an Administrative Motion to Vacate Related Case Order [Document 30]. Having considered the motion, the Court **FINDS AND ORDERS THAT**:

The Related Case Order [Document 30] entered today is hereby vacated.

Dated: _____, 2005      By: _____
                                      Honorable Susan Illston
                                      United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

[PROPOSED] ORDER GRANTING DIAMICS, INC.'S ADMINISTRATIVE MOTION
TO VACATE RELATED CASE ORDER
Case No. C 05-02549 SI