UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIAMICS, INC.,                                  No. C 05-02549 SI

             Plaintiff,          **PRETRIAL PREPARATION ORDER**

   v.

MOLECULAR DIAGNOSTICS, INC.,

             Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 28, 2006 at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 20, 2006.

DESIGNATION OF EXPERTS: 8/21/06; REBUTTAL: 8/31/06.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 18, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 27, 2006;

    Opp. Due November 10, 2006;  Reply Due November 17, 2006;

     and set for hearing no later than December 1, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 16, 2007 at 3:30 PM.

JURY TRIAL DATE: January 29, 2007 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Mag. Judge Laporte for purposes of settlement.  The settlement conference shall occur in March 2006.
Counsel shall participate in limited discovery prior to the settlement.
(See attached Patent Local Rule Schedule.)

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/24/06

_____
SUSAN ILLSTON
United States District Judge

United States District Court

For the Northern District of California